CHARLES SLATER, Appellant, v. CATHERINE KENNY, Respondent The findings and conclusions are reversed and plaintiff's proposed findings of fact numbered First, Second, Third, Fourth, Fifth and Sixth and the proposed conclusions of law numbered First, Fourth, Fifth and Sixth are found. The finding of the trial court of the defendant's marriage to one Kroell previous to her marriage to the plaintiff, and that such marriage had not been annulled or dissolved at the time that she went through the marriage ceremony with the plaintiff is amply supported by the evidence and under the facts here the plaintiff has established that he is entitled to relief. (*Davis* v. *Davis*, 279 N. Y. 657.) Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. [176 Misc. 690.]

SALVATORE VALENTI, Appellant, v. UNITED HOISTING Co., INC., et al., Respondents. The serious injuries concededly suffered by the plaintiff which, it sufficiently appears, may result in the loss of his testimony on the trial, plaintiff's financial condition, and other relevant factors disclosed in the record, cause us to disagree with the learned Special Term justice in his exercise of discretion. This is a case in which a preference should be granted. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

ELLWOOD H. WILLETTS, Respondent, v. FRUEHAUF TRAILER COMPANY, Appellant.— No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

WINWELL REALTY CORPORATION, Respondent, v. GEORGE F. HAGGERTY, Appellant, Impleaded with Another.— No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

(December 23, 1942.)

In the Matter of THOMAS K. SWEENY for Admission to Practice as an Attorney and Counselor at Law. (From the Province of New Brunswick, Canada.) Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.